LAW OFFICE OF
CHRISTOPHER R. DEUBERT, ESQ.
Christopher R. Deubert
1662 Hobart St. NW
Washington, DC 20009
Tel: (201) 410-4125
cdeubert@deubertlaw.com
*Attorney for Defendants Scott A. Pearson
and Argentina Futbol Tours LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
:
MAJOR LEAGUE SOCCER, L.L.C. and RED : Civil Action No.
BULL NEW YORK, INC., : 21-cv-13940-CCC-JBC
:
Plaintiffs, :
:
v. : **RULE 7.1 CORPORATE**
: **DISCLOSURE STATEMENT FOR**
SCOTT A. PEARSON and ARGENTINA : **DEFENDANT ARGENTINA**
FUTBOL TOURS LLC, : **FUTBOL TOURS LLC**
:
Defendants. :
---------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, through its undersigned counsel, Defendant Argentina Futbol Tours LLC certifies that it has no parent corporation and no publicly held corporation owns more than 10% or more of its stock.

Dated: August 15, 2021                     Respectfully submitted,

                                           LAW OFFICE OF
                                           CHRISTOPHER R. DEUBERT, ESQ.

                                           By: s/ Christopher R. Deubert
                                               Christopher R. Deubert
                                               1662 Hobart St. NW
                                               Washington, DC 20009
                                               Tel: (201) 410-4125
                                               cdeubert@deubertlaw.com

                                           *Attorney for Defendants Scott A. Pearson and
                                           Argentina Futbol Tours LLC*

1

## **CERTIFICATION OF SERVICE**

I, Christopher R. Deubert, attorney for Defendants Scott A. Pearson and Argentina Futbol Tours LLC, certify that a copy of the foregoing was served via the CM/ECF system on August 12, 2021 upon:

>PROSKAUER ROSE LLP
>Joseph C. O'Keefe
>Howard Z. Robbins
>Jonathan R. Gartner
>Eleven Times Square
>New York, New York 10036
>T: (212) 969-3000
>F: (212) 969-2900
>jokeefe@proskauer.com
>hrobbins@proskauer.com
>jgartner@proskauer.com
>*Attorneys for Plaintiffs Major League*
>*Soccer, L.L.C and Red Bull New York, Inc.*

>>s/ Christopher R. Deubert
>>Christopher R. Deubert